# EXHIBIT D



**IN THE EASTERN CARIBBEAN SUPREME COURT**
**IN THE HIGH COURT OF JUSTICE**
**VIRGIN ISLANDS**
**COMMERCIAL DIVISION**

**CLAIM NO's BVIHC (COM) 163 of 2009**

> FEE STAMPS ON
> ORIGINAL
> $  25 - 00

**IN THE MATTER OF THE INSOLVENCY ACT 2003**

**AND IN THE MATTER OF KINGATE GLOBAL FUND LTD (IN LIQUIDATION)**

**STUART CHARLES EDWARD MACKELLAR**
**(as a joint liquidator of Kingate Global Fund Ltd)**

Applicant

---

**ORDER**

---

**BEFORE:** The Honourable Justice Edward Bannister QC

**DATED:**   29 April 2016

**ENTERED:**  2 May 2016

**UPON READING** the Notice of Application brought by Stuart Mackellar dated 19 April 2016 and the Tenth Affidavit of Stuart Mackellar and the exhibit thereto

**IT IS HEREBY ORDERED THAT:**

1.  Mr Paul Pretlove be appointed as a Joint Liquidator of Kingate Global Fund Ltd in place of Mr Gwynn Hopkins, with effect from 29 April 2016.

2.  The costs of the application dated 20 April 2016 shall be costs in the liquidation of Kingate Global Fund Ltd.

**By the Court**

Dep **Registrar**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO's BVIHC (COM) 163 of 2009

IN THE MATTER OF THE INSOLVENCY ACT 2003

AND IN THE MATTER OF KINGATE GLOBAL FUND LTD (IN
LIQUIDATION)

STUART CHARLES EDWARD MACKELLAR
(as a joint liquidator of Kingate Global Fund Ltd)

Applicant

---

**Order**

---

**Mourant Ozannes**
PO Box 4857
Palm Grove House
Tortola
Road Town
Tortola
British Virgin Islands
Tel: +1 284 852 1700
Fax: +1 284 852 1799

**Legal Practitioners for the Applicant**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS
COMMERCIAL DIVISION



CLAIM NO's BVIHC (COM) 164 of 2009

IN THE MATTER OF THE INSOLVENCY ACT 2003

FEE STAMPS ON
ORIGINAL
$   25·00

AND IN THE MATTER OF KINGATE EURO FUND LTD (IN LIQUIDATION)


STUART CHARLES EDWARD MACKELLAR
(as a joint liquidator of Kingate Euro Fund Ltd)

Applicant

---

ORDER

---

**BEFORE:** The Honourable Justice Edward Bannister QC

**DATED:**    29 April 2016

**ENTERED:**  02 May 2016

**UPON READING** the Notice of Application brought by Stuart Mackellar dated 19 April 2016 and the Tenth Affidavit of Stuart Mackellar and the exhibit thereto

**IT IS HEREBY ORDERED THAT:**

1.  Mr Paul Pretlove be appointed as a Joint Liquidator of Kingate Euro Fund Ltd in place of Mr Gwynn Hopkins, with effect from 29 April 2016.

2.  The costs of the application dated 20 April 2016 shall be costs in the liquidation of Kingate Euro
    Fund Ltd.

**By the Court**

Dep  **Registrar**

IN THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO's BVIHC (COM) 164 of 2009

IN THE MATTER OF THE INSOLVENCY ACT 2003

AND IN THE MATTER OF KINGATE EURO FUND LTD (IN
LIQUIDATION)

STUART CHARLES EDWARD MACKELLAR
(as a joint liquidator of Kingate Euro Fund Ltd)

Applicant

---

**Order**

---

**Mourant Ozannes**
PO Box 4857
Palm Grove House
Tortola
Road Town
Tortola
British Virgin Islands
Tel: +1 284 852 1700
Fax: +1 284 852 1799

**Legal Practitioners for the Applicant**