# EXHIBIT G

IN THE SUPREME COURT OF BERMUDA

COMPANIES (WINDING UP)

2009 : No. 271

IN THE MATTER OF KINGATE EURO FUND, LTD. (IN LIQUIDATION IN THE BRITISH VIRGIN ISLANDS)

AND

IN THE MATTER OF SECTION 161 OF THE COMPANIES ACT 1981

---

ORDER FOR WINDING-UP BY THE
COURT

---

**4th Day of September 2009**

Upon the Petition of the above-named Kingate Euro Fund, Ltd (In Liquidation in the British Virgin Islands), on the 7th day of August 2009, preferred unto the Court, and upon hearing Counsel for the Petitioner and upon reading the said Petition, an affidavit of William Tacon verifying the Petition and sworn on the 19th day of August 2009, the affidavit of Mark Guy Chudleigh sworn on the 25th day of August 2009, the Gazette, namely the Bermuda Sun, of the 21st day of August 2009 and the Royal Gazette dated the 21st day of August 2009, each containing an advertisement of the said Petition, this Court doth order that the said Kingate Euro Fund, Ltd (In Liquidation in the British Virgin Islands) be wound up by this Court under the provisions of the Companies Act 1981, and that John McKenna, William Tacon and Richard Fogerty be constituted as

Joint Provisional liquidators of the affairs of the said Kingate Euro Fund, Ltd (In Liquidation in the British Virgin Islands).

And it is ordered that the costs of this Petition be taxed and paid out of the assets of the said company.

NOTE: It will be the duty of the secretary or the chief officer of the company and of such of the persons who are liable to make out or concur in the making of the company's statement of affairs, as the Official Receiver may require, to attend on the Official Receiver at such time and place as he may appoint and to give him all information he may require.

DATED THIS 4th. day of September 2009

_____
CHIEF JUSTICE/PUISNE JUDGE

IN THE SUPREME COURT OF
BERMUDA
COMPANIES (WINDING UP)
2009 : No. 271

IN THE MATTER OF KINGATE EURO FUND, LTD. (IN LIQUIDATION IN THE BRITISH VIRGIN ISLANDS)

AND

IN THE MATTER OF SECTION 161 OF THE COMPANIES ACT 1981

---

ORDER

---

SEDGWICK CHUDLEIGH
Mercury House, 101 Front Street
Hamilton, Bermuda
Attorneys for the Petitioner


