# EXHIBIT H

Schedule 2, paragraph 5(2)

Form ML 2

## The Cross-Border Insolvency Regulations 2006
# Recognition order

| Name of Debtor | Company number *where applicable* |
|---|---|
| KINGATE GLOBAL FUND LIMITED (a company incorporated in the British Virgin Islands) | |

| In the HIGH COURT OF JUSTICE CHANCERY DIVISION COMPANIES COURT (BEFORE REGISTRAR JAQUES) | *For court use only* Court case number No 8035 of 2010 |
|---|---|

[Stamp: HIGH COURT OF JUSTICE, 9 DEC 2010, COMPANIES COURT]

(a) Insert full name(s) and address(es) for service of applicant(s)

UPON THE APPLICATION OF (a) (1) WILLIAM RICHARD TACON and (2) RICHARD EF FOGERTY (in their capacity as joint liquidators of Kingate Global Fund Limited)

(b) Insert date

presented to the court on (b) 4 October 2010

(c) Insert full name and address for service of the debtor

in respect of (c) KINGATE GLOBAL FUND LIMITED, the address for service of which is Withers LLP, 16 Old Bailey, London, EC4M 7EG

and upon hearing counsel for the Applicants

(d) Insert details of any other parties (including the debtor) appearing and by whom represented

and for (d)

and upon reading the evidence

(e) Insert details of foreign proceeding

IT IS ORDERED that (e) the liquidation of Kingate Global Fund Limited ordered by the High Court of the British Virgin Islands by Order dated 4 June 2009

* Delete as applicable

be recognised as a foreign main proceeding/~~foreign non-main proceeding~~* in accordance with the UNCITRAL Model Law on cross-border insolvency as set out in Schedule 1 to the Cross-Border Insolvency Regulations 2006

(f) Insert particulars of any further order made by the court

AND it is ordered that (f) paragraph 21(2)(b) of Schedule 2 to the Cross-Border Insolvency Regulations 2006 shall not apply.

Form ML 2 continued

| | |
|---|---|
| (g) Insert terms of order for costs | AND it is ordered that the costs of the said application (g) be an expense of the liquidation ordered by the High Court of the British Virgin Islands (to the extent that the Companies Court has power so to order) |
| (h) Insert date and time | This order shall take effect from (h) 12 noon on Thursday 2 December 2010 |

