# EXHIBIT J

Robert Loigman
Scott C. Shelley
Lindsay M. Weber
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Kingate Global Fund, Ltd., | Case No. 19-12853 |
| Debtor in a Foreign Proceeding. | |
| In re: | Chapter 15 |
| Kingate Euro Fund, Ltd., | Case No. 19-12852 |
| Debtor in a Foreign Proceeding. | |

**STATEMENT OF FOREIGN REPRESENTATIVE**
**PURSUANT TO SECTION 1515(c) OF THE BANKRUPTCY CODE**

I, Paul Pretlove, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief:

1. I am the duly appointed representative (the "Foreign Representative") of Kingate Global Fund, Ltd. ("Kingate Global") in the BVI insolvency proceedings assigned Case No. BVINCV2009/164, and Kingate Euro Fund, Ltd. ("Kingate Euro", and together with Kingate

Global, the ("<u>Kingate Funds</u>") in proceedings assigned Case No. BVINCV2009/163 (together, the "<u>BVI Proceedings</u>") pending before the High Court of Justice, Virgin Islands, Commercial Division (the "<u>BVI Court</u>").

2.      I respectfully submit this statement, as required under section 1515(c) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), in support of the verified petitions filed concurrently herewith by the Foreign Representative seeking recognition by this Court of the BVI Proceedings as foreign main proceedings.

3.      In addition to the BVI Proceedings, Kingate Global is subject to winding up proceedings before the Supreme Court of Bermuda (the "<u>Bermuda Proceedings</u>"), and insolvency proceedings before the English High Court of Justice (the "<u>English Proceedings</u>", in which the BVI Proceedings were recognized as foreign main proceedings).

4.      The BVI Proceedings, the Bermuda Proceedings and the English Proceedings are the only foreign proceedings (within the meaning of section 101(23) of the Bankruptcy Code) with respect to Kingate Global that are known to me.

*[Remainder Of This Page Intentionally Left Blank]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   September 5, 2019
        Tortola, BVI

_____
Paul Pretlove