# EXHIBIT K

Robert Loigman
Scott C. Shelley
Lindsay M. Weber
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Kingate Global Fund, Ltd.,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-12853 |
| In re:<br><br>Kingate Euro Fund, Ltd.,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-12852 |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(4)(A) AND 7007.1**

Petitioners Paul Pretlove and Tammy Fu, in their joint capacities as foreign representatives (the "Foreign Representatives") of the liquidation of Kingate Global Fund, Ltd. ("Kingate Global") pending in the High Court of Justice, Virgin Islands, Commercial Division (the "BVI Court"), in proceedings assigned Case No. BVINCV2009/164, and Kingate Euro Fund, Ltd. ("Kingate Euro") in proceedings assigned Case No. BVINCV2009/163 (together, the "BVI Proceedings"), through their attorneys Quinn Emanuel Urquhart & Sullivan LLP, hereby declare as follows:

2

1.      The following entities owned 10 percent or more of Kingate Global as of August 30, 2019.  Upon information and belief, such entities continue to own 10 percent or more of Kingate Global as of the commencement of this chapter 15 case.

| Entity | Percentage of Ownership Interest |
|---|---|
| n/a | ___ percent |

2.      The following entities owned 10 percent or more of Kingate Euro as of August 30, 2019.  Upon information and belief, such entities continue to own 10 percent or more of Kingate Euro as of the commencement of this chapter 15 case.

| Entity | Percentage of Ownership Interest |
|---|---|
| n/a | ___ percent |

*[Remainder Of This Page Intentionally Left Blank]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 5, 2019
Tortola, BVI

_____
Paul Pretlove