# EXHIBIT L

Robert Loigman
Scott C. Shelley
Lindsay M. Weber
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Kingate Global Fund, Ltd., | Case No. 19-12853 |
| Debtor in a Foreign Proceeding. | |
| In re: | Chapter 15 |
| Kingate Euro Fund, Ltd., | Case No. 19-12852 |
| Debtor in a Foreign Proceeding. | |

**LIST FILED PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 1007(a)(4)(B)**

Petitioners Paul Pretlove and Tammy Fu, in their joint capacities as foreign representatives (the "Foreign Representatives") of the liquidation of Kingate Global Fund, Ltd. ("Kingate Global") pending in the High Court of Justice, Virgin Islands, Commercial Division (the "BVI Court"), in proceedings assigned Case No. BVINCV2009/164 (the "BVI Proceedings"), and Kingate Euro Fund, Ltd. ("Kingate Euro" and together with Kingate Global, the "Kingate Funds"), through their

attorneys Quinn Emanuel Urquhart & Sullivan LLP, hereby file this list pursuant to Rule 1007(a)(4)(B) of the Federal Rules of Bankruptcy Procedure and states as follows:

**List of Administrators**

1. The Foreign Representatives are the appointed representatives for the Debtor in the BVI Proceedings. The Foreign Representatives' address is c/o Kalo Advisors, PO Box 4571, 4th Floor, LM Business Centre, Fish Lock Road, Road Town, Tortola, British Virgin Islands.

**Parties to Litigation in the United States to which the Kingate Funds are Party**

2. The Foreign Representative is aware of the following litigation in the United States wherein Kingate Global is a party:

    a. *Picard v. Ceretti, et al.*, Adv. Pro. No. 09-01161 (SMB) (SDNY Bankr.)

**Entities Against Whom Provisional Relief Is Being Sought**

3. The Foreign Representatives are not currently seeking provisional relief under Bankruptcy Code section 1519. The Foreign Representatives reserve the right to seek provisional relief if deemed necessary.

[*Remainder of this Page Intentionally Left Blank*]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 5, 2019
Tortola, BVI

_____
Paul Pretlove